# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

═══════════════
## NO. 03-06-00049-CV
═══════════════

**Ronnie Jean Davis, Sr., Appellant**

**v.**

**Lisa T. Davis, Appellee**

════════════════════════════════════════════════════════════════════
### FROM THE DISTRICT COURT OF BELL COUNTY, 169TH JUDICIAL DISTRICT
### NO. 212,289, HONORABLE GORDON ADAMS, JUDGE PRESIDING
════════════════════════════════════════════════════════════════════

## M E M O R A N D U M   O P I N I O N

After a notice of appeal was filed by Ronnie Jean Davis, Sr., on January 17, 2006, a new trial was granted on January 18, 2006, on the district court's motion and a hearing was scheduled to be held on March 22, 2006. We therefore dismiss this appeal for want of jurisdiction. The non-prevailing party may file a notice of appeal following rendition of final judgment.

_____

Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Pemberton

Dismissed for Want of Jurisdiction

Filed:   April 7, 2006